**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

BRANDON SCOZZARI

                              :    CIVIL NO. 3:19-CV-00229 (JAM)
                              :
V.                                :
                              :
SANTIAGO, ET AL.            :    APRIL 16, 2020

<u>JOINT STATUS REPORT</u>

        Pursuant to this Court's order (Document #56) the plaintiff and defendants hereby submit

this joint status report proposing dates for the completion of discovery and for dispositive

motions.   The plaintiff and undersigned counsel for the defendants have previously exchanged

initial disclosures.  Defense counsel intends to request permission to depose the plaintiff,

however, that is not presently an option due to the restrictions related to the CoVid crisis.

Plaintiff indicated that he was satisfied with his discovery to date, however, he did note that he

had requested appointment of counsel and would defer to counsel in the event that his motion is

granted.  Given the present health crises, the parties would request a discovery deadline of

September 1, 2020 to complete plaintiff's deposition and a dispositive motion deadline of

October 1, 2020.      The parties would be open to referral to a magistrate judge for a settlement

conference.

DEFENDANTS

SANTIAGO, et al.

WILLIAM TONG
ATTORNEY GENERAL

BY:  /s/ Steven M. Barry
Steven M. Barry
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct07825
E-Mail:  steven.barry steven.barry@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-559

## CERTIFICATION

I hereby certify that on April 16, 2020 a copy of the foregoing was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system.  Parties may access this filing through the Court's system.  A copy was also mailed to the

following:

Brandon Scozzari #376646
Northern Correctional Institution
287 Bilton Road, POB 665
Somers, CT 06071

/s/ Steven M. Barry
Steven M. Barry
Assistant Attorney General