SCANNED at NCI
and Emailed
7/30/2020 by Q.  1 pages
date    initials  No.

United States District Court
District of Connecticut

Plaintiff: Brandon Scozzasi					7/29/20

V							Case #: 3:19-cv-00229-JAM

Santiago et al

## Motion For Appointment of Counsel

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states:

1. Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to law library and limited knowledge of the law.


Brandon Scozzasi #376646

Bra____

NCI

P.O. Box 665

Somers, ct 06071

7/29/20